In the Matter of the Judicial Settlement of the Account of THOMAS H. IRELAND, as Executor of DAVID FLANAGAN, Deceased. NEW YORK & BROOKLYN CASKET Co., Appellant; MARY ANN FLANAGAN, as Administratrix c. t. a. and d. b. n. of DAVID FLANAGAN, Deceased, Respondent.— Appeal from an order of the Surrogate's Court of Kings County confirming the report of a referee appointed to hear and report on the validity of an assigned claim filed with the executor. The claim was one that would ordinarily be passed upon in the final accounting. The parties stipulated to dispose of this claim separately. Appeal dismissed, without prejudice and without costs. There is no authority for plucking one contested item from an executor's account, taking testimony, and entering a decree thereon. Otherwise, there might be a separate contest and a separate decree for each disputed item. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.

In the Matter of the Judicial Settlement of the Account of Proceedings of WALTER R. STURR, as Executor of the Estate of HATTIE C. MARVIN, Deceased. NEW YORK ANNUAL CONFERENCE OF THE METHODIST EPISCOPAL CHURCH, Appellant; CRAIGSVILLE BIBLE CHURCH, INC., and WALTER R. STURR, as Executor, etc., of HATTIE C. MARVIN, Deceased, Respondents.— Appeal by objectant in an accounting proceeding from a decrée of the Surrogate's Court, Orange County, construing certain paragraphs of a will and settling the account of the executor. Decree, in so far as appealed from, affirmed, with costs to respondent Craigsville Bible Church, Inc., payable out of the estate. No opinion. Lazansky, P. J., Hagarty, Adel and Close, JJ., concur; Taylor, J., dissents and votes to reverse the decree, in so far as appealed from, and to remit the proceeding to the Surrogate's Court, with a direction to enter a decree providing that the executor deliver to appellant, New York Annual Conference of the Methodist Episcopal Church, the property and money given to appellant's predecessor by paragraphs tenth and sixteenth, respectively, of the will. Respondent Craigsville Bible Church, Inc., failed to show any other intention on the part of the testatrix than that expressed in the will, which gave those legacies to the Methodist Episcopal Church of Craigsville, Orange County, New York. Appellant is entitled to those bequests as the successor in interest of the named legatee. (Kernochan v. Farmers' Loan & Trust Co., 187 App. Div. 668; affd., 227 N. Y. 658; Graff v. Raymer, 136 Misc. 297, 298.)